# LAWRENCE M. FISHER
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

MEMO ENDORSED

Honorable Colleen McMahon
Chief Judge United States District Court
500 Pearl Street
New York, N.Y. 10007

April 14, 2021

4/15/21
Granted

*[signature]*

**VIA ECF**

Re: U.S. v. Vianney Capellan
18-CR-540 (CM)

Dear Judge McMahon:

As you are aware, I represent the above-named defendant who is currently at liberty on a $50,000 PRB, secured by 2 FRP's with travel restricted to SDNY & EDNY.

I submit this letter to request that the defendant's travel restriction be permitted to include the District of Connecticut so that Ms. Capellan can visit her son who resides and attends college in Connecticut.

I have discussed this travel request with both AUSA Tim Capozzi and US Pre-Trial Officer Andrew Abbott each of whom consents to this request.

Respectfully Submitted,
/S/
LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/21
```